

| ZACHARY W. CARTER | THE CITY OF NEW YORK | PAUL H. JOHNSON |
| --- | --- | --- |
| Corporation Counsel | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | phone: (212) 356-2656<br>fax: (212) 356-3509<br>pajohnso@law.nyc.gov |

December 6, 2016

**VIA ECF**
Honorable Steven L. Tiscione
United States Magistrate Judge
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   Benjamin Cruz v. City of New York, et al.
              16-CV-603 (FB) (PK)

Your Honor:

I am the Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, assigned to represent defendant City in the above-referenced matter. The parties write in connection with the Court's order dated November 28, 2016 stating that the parties should inform the court if a settlement in this matter has been reached by December 6, 2016. Defendants state that they have rejected the court's recommendation but have made a counteroffer to Plaintiff, who has rejected the counteroffer. The parties are available for status conference to finalize scheduling in this matter.

      Thank you for your consideration herein.

                                                  Respectfully submitted,

                                                  Paul H. Johnson
                                                  *Assistant Corporation Counsel*

cc:   Donald E. Cameron, Esq. **(via ECF)**   Special Federal Litigation Division
       *Attorney for Plaintiff*