**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | February 3, 2017 |
| **TIME:** | 10:30 A.M. |
| **DOCKET NUMBER(S):** | CV-16-603 (FB) |
| **CASE NAME(S)** | CRUZ -V- CITY OF NEW YORK, ET AL. |
| **FOR PLAINTIFF(S):** | Cameron & Stein |
| **FOR DEFENDANT(S):** | Johnson |
| **NEXT CONFERENCE(S):** | APRIL 5, 2017 AT 3:30 P.M., IN-PERSON |
| **FTR/COURT REPORTER:** | 10:45-10:56 |

## RULINGS FROM MOTION HEARING:

For the reasons discussed on the record, Plaintiff's Motion to Compel [35] [38] is GRANTED in part and DENIED in part.

By February 13, 2017, Defendants shall produce the closing reports for any allegations against the named police officers involving the use of force, untruthfulness, corruption, falsification of records, firearms discharge and prisoner injury.

Plaintiff's request for unredacted documents pertaining to all other allegations is denied at this time, but Defendants are directed to review the records and confirm that none of these other incidents involve the use of force or allegations that would impact the officers' credibility.

The deadline for completion of discovery is extended to March 24, 2017.

The deadline for beginning dispositive motion practice is extended to April 24, 2017.

The Court will hold an in-person settlement conference on April 5, 2017 at 3:30 p.m.  Parties are to submit their respective settlement positions via ex parte electronic filing no later than April 2, 2017.