# DONALD E. CAMERON
Attorney At Law

139 Fulton Street, Suite 510  
New York, New York 10038                                                                                      (212) 233-3348

## SUPPLEMENTAL LETTER TO
## LETTER MOTION FOR SANCTIONS UNDER FRCP 37(b) & (c)

March 19, 2017

Honorable Steven L. Tiscione  
United States Magistrate Judge  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

**Re:**   *Benjamin Cruz v. City of New York, et al.*, 16-cv-603 (FB) (ST)

Dear Judge Tiscione:

I write to update Plaintiff's pending motion for sanctions, dated March 13, 2017, with the following new information not previously available.

On March 15, 2017, shortly after 1:00 p.m., some additional "unredacted" documents were personally delivered to me at my office by Defendants' counsel's office. Also on the afternoon of March 15th, I received the original of the transcript of Plaintiff's February 13th deposition which had been hand delivered to my office by Defendants' counsel's office.

Thank you very much for Your Honor's time and consideration.

Respectfully submitted,

/s/

Judith E. Stein (JS4531)  
Attorney for Plaintiff Benjamin Cruz