ORIGINAL

1

```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   ------------------------------------------------------X
     BENJAMIN CRUZ,
 3
                                            PLAINTIFF,
 4
                      -against-           Case No:
 5                                        16-CV-603(FB)(ST)

 6   CITY OF NEW YORK, POLICE OFFICER SCOT PEDRICK
     (Shield 697), POLICE OFFICER JOSEPH BURNSIDE
 7   (Shield 28832), POLICE OFFICER DANIEL PAGAN
     (Shield 15375), POLICE OFFICER JACKSON FUNARO
 8   (Shield 1672), POLICE OFFICER ALEXANDER LOPEZ
     (Shield 20467),
 9
                                            DEFENDANTS.
10   ------------------------------------------------------X

11

12                   DATE:   February 13, 2017

13                   TIME:   10:35 A.M.

14

15

16           DEPOSITION of the Plaintiff, BENJAMIN CRUZ,

17   taken by the Defendants, pursuant to a Notice and to the

18   Federal Rules of Civil Procedure, held at the offices of

19   the New York City Law Department, 100 Church Street, New

20   York, New York 10007, before Joanne Capparelli, a Notary

21   Public of the State of New York.

22

23

24

25
```

1    Q.    Is that the first time she said something like
2    that to you?
3    A.    Yes.
4    Q.    Does she still live at 150 Linden Street?
5    A.    I don't know.  I left and I don't know anything.
6    Q.    When was the last time you spoke to her?
7    A.    I left about six months ago.  I don't know
8    anything.
9    Q.    You said earlier that the reason you broke up is
10   because of what happened that night in 2015?
11   A.    Yes.  Because I was tired and I wanted to leave
12   and I left.
13   Q.    You said it was her fault what happened to you
14   that night?
15   A.    Yes.
16   Q.    Why was it her fault?
17   A.    Because if she hadn't called the police and had
18   the argument none of that would have happened and if she
19   wouldn't have taken out the knife and called the police
20   none of this would have happened.
21   Q.    Before she took out the knife she never yelled at
22   you?
23   A.    No.
24   Q.    Was she intoxicated that night?
25   A.    That I know of, no.