

Judith Stein <jeslawyer@gmail.com>

# Your March 20, 2017 letter

2 messages

---

**Johnson, Paul (Law)** <pajohnso@law.nyc.gov>    Mon, Mar 27, 2017 at 12:13 PM
To: Judith Stein <jeslawyer@gmail.com>

Ms. Stein,

As you filed your March 20, 2017 letter under seal, you were required to serve me with a copy of the letter at the same time you filed it so I could actually read it and respond to it. Please send me a copy of the letter immediately. Thank you.

**Paul H. Johnson**

Assistant Corporation Counsel

Special Federal Litigation Division

New York City Law Department

100 Church Street

New York, New York 10007

Tel:   (212) 356-2656

Fax:   (212) 356-3509



---

**Judith Stein** <jeslawyer@gmail.com>    Mon, Mar 27, 2017 at 6:57 PM
To: "Johnson, Paul (Law)" <pajohnso@law.nyc.gov>

Re: Benjamin Cruz v. City of New York, et al., 16-cv-603 (FB) (ST)

Dear Mr. Johnson:

I was only able to read the email you sent to me today, March 27 at 12:13 p.m., a short while ago since I had no access to my email this afternoon. For the same reason, I was only able to read your ECF filed reply in opposition and motion to compel a short while ago.

Until I read your March 27 email, I was unaware that you, as attorney of record, would not be able to view the documents comprising Plaintiff's motion for sanctions which were filed under seal on March 20. I certainly would have emailed the sealed documents a week ago if you had previously made me aware of this issue by email or by phone.

I am attaching copies of all the documents filed under seal on March 20 to this email. In the event, however, that gmail does not allow me to attach all such documents to this one email I will send subsequent email(s) with attachment(s) as necessary. If there is a problem with the transmission(s), please let me know and I will resend.

Thank you,
Judy Stein

Law Office of Donald E. Cameron
Attorney for Plaintiff Benjamin Cruz
Judith E. Stein, Esq.
139 Fulton Street
Suite 510
New York, New York 10038
(212) 233-3348
jeslawyer@gmail.com
[Quoted text hidden]

**7 attachments**

- 16cv0603-LtrMotSanctions03-13-17.pdf
  66K
- 16cv0603-EXHIBIT A List.pdf
  35K
- 16cv0603-Final Disclosures - Part1-DEF56-109.pdf
  1728K
- 16cv0603-Final Disclosures - Part2-DEF110-157.pdf
  1501K
- 16cv0603-PInter4Demand4.pdf
  188K
- 16cv0603-DefResInter4Demand4.pdf
  240K
- 16cv0603-emails.pdf
  151K