**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | November 3, 2017 |
| **TIME:** | 10:00 A.M. |
| **DOCKET NUMBER(S):** | CV-16-603 (FB) |
| **NAME OF CASE(S):** | **CRUZ V. CITY OF NEW YORK ET AL.** |
| **FOR PLAINTIFF(S):** | Cameron, Stein |
| **FOR DEFENDANT(S):** | Johnson |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | 10:05 - 10:07, 11:27 - 11:28 |

**RULINGS FROM SETTLEMENT CONFERENCE:**

Settlement discussions were held and the parties were able to reach a disposition.  Parties shall file the stipulation of dismissal by December 8, 2017.